## THOMPSON *versus* HINDS.

PETITION for a review, asking for an order of notice upon the adverse party.

PER CURIAM. — An application for a review, on the ground of any alleged facts, must name the witnesses by whom the facts are to be proved, and state what particular facts each witness is expected to testify. This is required, with a view to apprize the respondent. as to what may be necessary in the arrangement of his defence.

In this petition, there is no mention of the witnesses expected to be used ; and therefore the order of notice cannot be granted.